**Electronically Filed
Supreme Court
SCWC-13-0000806
10-JUL-2018
08:03 AM**

SCWC-13-0000806

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DIANE CERVELLI and TAEKO BUFFORD,
Respondent/Plaintiffs-Appellees,

vs.

ALOHA BED & BREAKFAST, a Hawai'i sole proprietorship,
Petitioner/Defendant-Appellant,

and

WILLIAM D. HOSHIJO, as Executive Director of the
Hawai'i Civil Rights Commission,
Respondent/Plaintiff-Intervenor-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000806; CIVIL NO. 11-1-3103)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Aloha Bed & Breakfast's application for writ of certiorari filed on May 18, 2018, is hereby rejected.

DATED: Honolulu, Hawai'i, July 10, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

